UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

MELISSA FORREST, *et al.*                              CIVIL ACTION

VERSUS                                                 No. 05-1659

UNION PACIFIC RAILROAD CO., *et al.*                   SECTION I

                         **ORDER AND REASONS**

    Before the Court is a motion for remand filed on behalf of plaintiffs, Melissa Forrest and Kaycee Forrest, individually and on behalf of her minor child Kaylee Forrest.[1]  Plaintiffs seek remand of this action to Orleans Parish Civil District Court pursuant to 28 U.S.C. § 1447(c).

    On May 4, 2005, defendants, Union Pacific, Sid Richardson Carbon, Ltd. and Energy Company, removed this action based on diversity of citizenship.[2]  Plaintiffs' motion for remand is grounded entirely on their motion to file a second supplemental and amending complaint adding non-diverse defendants (*See* Rec. Doc. No. 19.).[3]  On December 23, 2005, U.S. Magistrate Judge Sally Shushan granted in part and denied in part plaintiffs'

---

    [1] Rec. Doc. No. 20.

    [2] Rec. Doc. No. 1.

    [3] Rec. Doc. No. 20.

motion to amend.[4]  Specifically, the magistrate denied the addition of the non-diverse defendants and allowed plaintiffs to add General Electric Railcar Services Corporation, a foreign corporation.[5]  Therefore, this Court's diversity jurisdiction has not been destroyed and plaintiffs' motion for remand fails.  Accordingly,

**IT IS ORDERED** that plaintiffs' motion for remand is **DENIED.**

New Orleans, Louisiana, January __11th__, 2006.

**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**

---

[4] Rec. Doc. No. 36.

[5] *Id.*  Plaintiffs have not filed any objections to the U.S. Magistrate Judge's order denying the addition of non-diverse defendants within the time period provided by Rule 72(a) of the Federal Rules of Civil Procedure.  *See* Fed. R. Civ. P. 72(a) (providing in pertinent part "[w]ithin 10 days after being served with a copy of the magistrate judge's order, a party may serve and file objections to the order; a party may not thereafter assign as error a defect in the magistrate judge's order to which objection was not timely made").